Form finmgtc

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:*  Jesse Moore and Erma Jean Moore
           **Debtor**

*Case No.:*  06–80913                                    *Chapter:*  13

## NOTICE RE: FINANCIAL MANAGEMENT/DEBTOR EDUCATION CERTIFICATION DEFICIENCY

*Notice is hereby provided:*

Pursuant to the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, every individual debtor (both debtors in a joint case) filing under Chapters 7 and 13 must complete an approved financial management course and file certifications of completion with the court in order to receive a discharge. A list of approved courses may be found on the court webpage at *www.ilcb.uscourts.gov*.

The required certification consists of *Official Form 23 Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.* For cases filed in the Peoria and Danville Divisions, the certification **must also include** an attached certificate of completion from the personal financial management provider (for each debtor in a joint case).

☑ The deadline for objection to the debtor(s) discharge has expired (Chapter 7 cases) or the trustee has filed a Notice of Completion of Chapter 13 Plan (for Chapter 13 cases).

    You must file the required certification regarding completion of the financial management course or a Motion for Extension of Time to Complete Financial Management Course on or before **11/11/09. The court will not grant a discharge if the debtor(s) fail to file the required financial management course certification.**

☐ The Certification of Completion of Financial Management Course filed on was deficient for one or more of the following reasons:

    Official Form 23–Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management must include an attached certificate of completion from the provider of the financial management course.

    A certificate of completion from the provider of the financial management course must be filed for each joint debtor.

☐ Official Form 23–Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management must be filed with the Court.

You must file the required certification regarding completion of the financial management course or a Motion for Extension of Time to Complete Financial Management Course on or before 11/11/09. **The court will not grant a discharge if the debtor(s) fail to file the required financial management course certification.**

Please be informed that this case will be closed without a discharge if the required certification is not filed by the date indicated. The debtor(s) can subsequently move to reopen the case to request a discharge. *However, there is a fee to reopen a bankruptcy case.*

*Dated:* 10/28/09

Pamela C. Sherry
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.